| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MiddleBrook Pharmaceuticals, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Advancis Pharmaceuticals Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**52–2208264** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7 Village Circle, Suite 100**<br>**Westlake, Texas**     ZIP CODE **76262** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor (Form of Organization) (Check one box.)
☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

### Filing Fee (Check one box.)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000
**Check all applicable boxes:**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 Million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Debts**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 Million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **MiddleBrook Pharmaceuticals, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ |
| ☒ Exhibit A is attached and made a part of this petition. | Signature of Attorney for Debtor(s)    Date |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
 ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
 ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

 (Name of landlord that obtained judgment)

 (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

DB02:9572846.1    069407.1001

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MiddleBrook Pharmaceuticals, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br>X _/s/ Joel A. Waite_____<br>Signature of Attorney for Debtor(s)<br>**Joel A. Waite (Bar No.2925)**<br>Printed Name of Attorney for Debtor(s)<br>**Young Conaway Stargatt & Taylor LLP**<br>Firm Name<br>**100 West Street, 17th Floor**<br>**Wilmington, DE 19801**<br>Address<br><br>**(302) 571-6600**<br>Telephone Number<br>**April 30, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _/s/ David Becker_____<br>Signature of Authorized Individual<br>**David Becker**<br>Printed Name of Authorized Individual<br>**CFO and Acting CEO of MiddleBrook Pharmaceuticals, Inc.**<br>Title of Authorized Individual<br>**April 30, 2010**<br>Date | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN RE: )
) CASE NO. _____ (\_\_)
MIDDLEBROOK PHARMACEUTICALS, )
INC, )
) CHAPTER 11
       Debtor. )
_____ )

## EXHIBIT A TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is 000-50414.

2. The following financial data is the latest available information, based on the book value, and refers to the debtor's condition on December 31, 2009 as described in its 10-K filing.

   a. Total assets: $42,175,000

   b. Total debts (including debts listed in 2.c., below) $29,122,000*

   \* Figure does not include certain disputed contingent claims.

   c. Debt securities held by more than 500 holders:

   |  |  |  | Amount | Number of Holders |
   |---|---|---|---|---|
   | Secured ☐ | Unsecured ☒ | Subordinated ☐ | $0.00 |  |

   d. Number of shares of preferred stock: 0

   e. Number of shares of common stock: 86,512,000

   Comments, if any:

3. Brief description of debtor's business: The Debtor, which began operations in 2000, is a pharmaceutical company focused on commercializing anti-infective drug products that fulfill unmet medical needs. It manufactures and distributes Moxatag and Keflex.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   Upon information and belief, the following equity holders directly or indirectly own, control, or hold, with power to vote, approximately 5% or more of the voting securities of debtor. Equity Group Investments, L.L.C; Healthcare Ventures LP and affiliated entities; Ruch, Kairouz & Leschly; Deerfield Parners, LP and affiliated entities; and Tang Capital Partners, L.P.

# CERTIFICATE OF SECRETARY
# OF
# MIDDLEBROOK PHARMACEUTICALS, INC.

I, Brad Cole, certify that I am the duly elected and qualified Secretary of MiddleBrook Pharmaceuticals, Inc., a Delaware Corporation (the "Company").

Pursuant to the authority granted to me in the Company's Certificate of Incorporation, as amended, I hereby certify that the resolutions set forth below were duly adopted by the Company's Board of Directors at a meeting duly called on April 28, 2010. The resolutions of the Board of Directors of the Company set forth below have not been amended, modified or rescinded and remain in full force and effect.

WHEREAS, the Board of Directors (the "Board") of MiddleBrook Pharmaceuticals, Inc. (the "Company") has determined that the Company does not have sufficient funds to pay its debts and does not have the ability to refinance such debts, and it has been proposed that the Company file a petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code;

FURTHER RESOLVED, that David Becker, the Company's Executive Vice President and Chief Financial Officer and Acting President and Chief Executive Officer, and Brad Cole, the Company's Senior Vice President, General Counsel and Secretary, are each hereby appointed as an "Authorized Officer" of the Company and is authorized and directed, for and on behalf of and in the name of the Company, to execute and verify or certify a petition under the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as such officer executing the same shall determine;

FURTHER RESOLVED, that the Authorized Officers, and such other officers as the Board shall from time to time designate, be, and they hereby are, authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all action that they may deem necessary or proper to commence and administer the case under the Bankruptcy Code, and in that connection to retain and employ all assistance by attorneys, investment bankers, accountants and other professionals that they may deem necessary or proper with a view to the successful administration of the case under the Bankruptcy Code; and

FURTHER RESOLVED, that the law firms of Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424 and Young, Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17 Floor,

Wilmington, Delaware 19801 be employed as counsel for the Company, and all related debtors, for the purposes of its case under the Bankruptcy Code and otherwise.

FURTHER RESOLVED, that the Authorized Officers are authorized and directed to do and perform or cause to be done and performed, all such acts, deeds and things, to pay or cause to be paid, all fees, costs and expenses, and to make, execute and deliver or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments and certificates in the name and on behalf of the Company or otherwise as any such Authorized Officer deems necessary or desirable in order to effectuate or carry out fully and expeditiously the purpose and intent of each and all of the foregoing resolutions; and

FURTHER RESOLVED, that the authority given in these resolutions is retroactive and any and all acts authorized herein performed before the passage of these resolutions are ratified and affirmed.

**[Signature follows on next page.]**

IN WITNESS THEREOF, I have hereunto subscribed my name as Secretary of MiddleBrook Pharmaceuticals, Inc. this 28th day of April 2010.

Name: Brad Cole
Title: Secretary

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MIDDLEBROOK PHARMACEUTICALS, INC.,[1] | ) Case No. 10-_____ ( ) |
| | ) |
| Debtor. | ) |

### LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

The following is the list of creditors (the "**List of Creditors**") holding the thirty (30) largest unsecured claims against MiddleBrook Pharmaceuticals, Inc., the above-captioned debtor and debtor in possession ("**MiddleBrook**"). The List of Creditors reflects the estimated amounts owed by the Debtor as of April 30, 2010 (the "**Petition Date**"), as reflected in the Debtor's books and records, and may not reflect the actual amounts owing by the Debtor as of the Petition Date.

The Debtor takes no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtor, as that term is defined in section 101(31) of Title 11 of the United States Code (the "**Bankruptcy Code**"), and the inclusion in or exclusion from this List of Creditors of any person or entity shall not constitute an admission by, nor shall it be binding on, the Debtor in any respect. The Debtor expressly reserves the right to, in its sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8264. The Debtor's mailing address is 7 Village Circle, Suite 100, Westlake, Texas 76262.

## MIDDLEBROOK PHARMACEUTICAL, INC.'S THIRTY LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Par Pharmaceutical, Inc. 300 Tice Blvd. Woodcliff Lake, NJ 07677 | Par Pharmaceutical, Inc. Attn: Barry Gilman & Thomas J. Haughey, General Counsel 300 Tice Blvd. Woodcliff Lake, NJ 07677 Ph: (201) 802-4630 Fax: 201-802-4698 | Development Agreement/Contract | Disputed and Unliquidated | |
| Seneca Meadows Corporate Center II, L.L.C. 9108 Gaither Rd. Gaithersburg, MD 20877 | Seneca Meadows Corporate Center II, L.L.C. Attn: Mr. Paul N. Chod 9108 Gaither Rd. Gaithersburg, MD 20877 Ph: (240) 912-0200 Fax: (240) 912-0162 | Lease/Rent | Disputed and Subject to Setoff | $3,789,020.56 |
| Seneca Meadows Corporate Center III, L.L.L.P. 20457 Seneca Meadows Pkwy. Germantown, MD 20876 | Seneca Meadows Corporate Center III, L.L.L.P. Attn: Mr. Paul N. Chod 20457 Seneca Meadows Pkwy. Germantown, MD 20876 Ph: (240) 912-0200 Fax: (240) 912-0162 | Lease/Rent | Disputed and Subject to Setoff | $665,242.37 |
| Seneca Meadows Corporate Center III, L.L.LP. 20458 Seneca Meadows Pkwy. Germantown, MD 20876 | Seneca Meadows Corporate Center III, L.L.LP. Attn: Mr. Paul N. Chod 20458 Seneca Meadows Pkwy. Germantown, MD 20876 Ph: (240) 912-0200 Fax: (240) 912-0162 | Promissory Note | Disputed and Subject to Setoff | $472,592.32 |
| McKesson Drug Company One Post St. San Francisco, CA 94104-5296 | McKesson Drug Company Attn: Chris Alverson One Post St. San Francisco, CA 94104-5296 Ph: (415) 983-8300 Fax: 916-267-2715 | Distribution Services Agreement/Contract | | $372,873.84 |
| CEPH International Corp. (Patheon) PO Box 2790 Carolina, PR 00984-2790 | CEPH International Corp. (Patheon) Attn: David Field & Mr. Clive Bennett, President PO Box 2790 Carolina, PR 00984-2790 Ph: (787) 743-1193 Fax: (787) 258-1794 E-mail: cbennett@patheon.com | Trade Debt | | $307,617.48 |

# MIDDLEBROOK PHARMACEUTICAL, INC.'S THIRTY LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stada Production Ireland Ltd. Phamaceutical Manufacturers Waterford Rd. Clonmel Co. Tipperary, IR 77701 | Stada Production Ireland Ltd. Attn: Paul Shefflin Phamaceutical Manufacturers Waterford Rd. Clonmel Co. Tipperary, IR 77701 Ph: 00 353 87 25 9789 Fax: 00 353 52 61 77798 | Trade Debt | | $219,971.81 |
| Almac Pharma Services 22 Seagoe Industrial Estate Craigavon, UK BT63 5QD | Almac Pharma Services Attn: Dr. Stephen Barr, President & Managing Director 22 Seagoe Industrial Estate Craigavon, UK BT63 5QD Ph: 44 (0) 28 3833 2200 Fax: 44 (0) 28 3836 3300 | Trade Debt | | $178,543.00 |
| Cardinal Health Pharmaceutical Supply Chain PO Box 641231 Pittsburg, PA 15264-1231 | Cardinal Health Attn: Lauren Fields Pharmaceutical Supply Chain PO Box 641231 Pittsburg, PA 15264-1231 Ph: (614) 757-7651 Fax: (614) 652-4544 | Distribution Services Agreement & Copay Assistance | | $175,000.00 |
| The Nasdaq Stock Market LLC 9600 Blackwell Rd., 3d Floor Rockville, MD 20850 | The Nasdaq Stock Market LLC Attn: Nasdaq Office of the General Counsel 9600 Blackwell Rd., 3d Floor Rockville, MD 20850 Ph: (301) 978 8400 Fax: (301) 978 8471 | Listing Fee | | $68,500.00 |
| Physicians Desk Reference, Inc. PO Box 95179 Chicago, IL 60694-5179 | Physicians Desk Reference, Inc. Attn: Nick Clark & Andrew Gelman, General Counsel PO Box 95179 Chicago, IL 60694-5179 Ph: (201) 358-7427 Fax: (201) 722-2686 E-mail: nick.clark@thomsonreuters.com | Trade Debt | | $37,000.00 |
| Dendrite PO BOX 281414 Atlanta, GA 30384-1414 | Dendrite Attn: Gary Glotz PO BOX 281414 Atlanta, GA 30384-1414 Ph: (804) 230-5033 Fax: (804) 267-1746 | Trade Debt | | $31,321.21 |

# MIDDLEBROOK PHARMACEUTICAL, INC.'S THIRTY LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sandoz GmbH<br>Industriestrasse 25<br>D-83607<br>Holzkirchen, Germany | Sandoz GmbH<br>Attn: Christina Ackermann, Global Head of Legal & General Counsel<br>Industriestrasse 25<br>D-83607<br>Holzkirchen, Germany<br>Ph: +49 (0) 8024 476-0<br>Fax: +49 (0) 8024 476-2599 | Trade Debt | | $30,730.70 |
| Compliance Implementation Services (CIS)<br>Rosetree Corporate Center II<br>1400 North Providence Rd., Suite 3005<br>Media, PA 19063 | Compliance Implementation Services (CIS)<br>Attn: Toni Barsh, Co-Founder and VP<br>Rosetree Corporate Center II<br>1400 North Providence Rd., Suite 3005<br>Media, PA 19063<br>Ph: (484) 445-7200<br>Fax: (610) 565-7010 | Trade Debt | | $27,234.33 |
| U-Haul International<br>PO Box 52128<br>Phoenix, AZ 85072-2128 | U-Haul International<br>Attn: Todd Taylor<br>PO Box 52128<br>Phoenix, AZ 85072-2128<br>Ph: (972) 263-8357<br>Fax: (972) 269-4002<br>E-mail: todd_taylor@uhaul.com | Rent for Storage Unit Space | | $24,834.34 |
| QPharma Corp.<br>22 South St.<br>Morristown, NJ 07960 | QPharma Corp.<br>Attn: Mike Strubbe & Reno Amadori<br>22 South St.<br>Morristown, NJ 07960<br>Ph: (973) 656-0011<br>Fax: (973) 656-0408<br>E-mail: reno.amadori@qpharmacorp.com | Trade Debt | | $21,870.62 |
| American Stock Transfer & Trust Co<br>59 Maiden Lane - Plaza Level<br>New York, NY 10038-4502 | American Stock Transfer & Trust Co<br>Attn: Maritza Merced<br>59 Maiden Lane - Plaza Level<br>New York, NY 10038-4502<br>Ph: (212) 444-1213<br>Fax: (212) 444-1212 | Stock Transfer Fees | | $19,218.25 |

# MIDDLEBROOK PHARMACEUTICAL, INC.'S THIRTY LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PPD Medical Communications<br>3151 South 17th St.<br>Wilmington, NC 28412-6461 | PPD Medical Communications<br>Attn: Vivian Broach, VP of Operations<br>3151 South 17th St.<br>Wilmington, NC 28412-6461<br>Ph: (919) 768-9478<br>Fax: (910) 762-5820 | Trade Debt | | $19,000.00 |
| Bowne Virtual Data Room<br>500 West Madison, Suite 3200<br>Chicago, IL 60661 | Bowne Virtual Data Room<br>Attn: Kim Montalto<br>500 West Madison, Suite 3200<br>Chicago, IL 60661<br>Ph: (312) 681-6189<br>Fax: (312) 681-6200 | Virtual Data Room Fees | | $16,000.00 |
| Minkoff Development Corporation<br>20457 Seneca Meadows Pkwy.<br>Germantown, MD 20876 | Minkoff Development Corporation<br>Attn: Mr. Paul N. Chod<br>20457 Seneca Meadows Pkwy.<br>Germantown, MD 20876<br>Ph: (240) 912-0200<br>Fax: 240-912-0162 | Miscellaneous Maintenance Expense | Disputed and Subject to Setoff | $15,117.54 |
| Atlas Van Lines, Inc.<br>1212 St George Rd.<br>Evansville, IN 47711 | Atlas Van Lines, Inc.<br>Attn: Marian Weilert Sauvey, General Counsel<br>1212 St George Rd.<br>Evansville, IN 47711<br>Ph: (812) 424-2222<br>Fax: (812) 421-7129 | Rental Fees for Moving from MD to TX | | $11,989.89 |
| VCG & Associates, Inc.<br>PO Box 6530<br>Holliston, MA 01746 | VCG & Associates, Inc.<br>Attn: Brad Fleahman<br>PO Box 6530<br>Holliston, MA 01746<br>Ph: (218) 751-9121<br>Fax: (218) 751-9125 | Consulting Fees | | $10,432.30 |
| Lebhar-Friedman, Inc.<br>PO BOX 405568<br>Atlanta, GA 30384-5568 | Lebhar-Friedman, Inc.<br>Attn: Barbara Hochberg<br>PO BOX 405568<br>Atlanta, GA 30384-5568<br>Ph: (212) 756-5025<br>Fax: (813) 627-6909<br>E-mail: bhochber@lf.com | Advertising Fees | | $10,300.00 |
| Metro Exhibits, LLC<br>180 Passaic Ave.<br>Fairfield, NJ 07004 | Metro Exhibits, LLC<br>Attn: Phil Zamloot<br>180 Passaic Ave.<br>Fairfield, NJ 07004<br>Ph: (973) 575-9100 ext. 14<br>Fax: (973) 575-9142 | Trade Debt | | $9,832.50 |

## MIDDLEBROOK PHARMACEUTICAL, INC.'S THIRTY LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Shareholder.com<br>12 Clock Tower Place<br>Maynard, MA 01754 | Shareholder.com<br>Attn: Douglas Ventola<br>12 Clock Tower Place<br>Maynard, MA 01754<br>Ph: (978) 371-9595<br>Fax: (978) 897-3739 | Corporate Website Hosting & Database Fees | | $9,735.64 |
| Faircount, LLC<br>701 N. Westshore Blvd.<br>Tampa, FL 33609 | Faircount, LLC<br>Attn: Ross Jobson<br>701 N. Westshore Blvd.<br>Tampa, FL 33609<br>Ph: (813) 639-1900<br>Fax: (813) 639-4344 | Marketing and Advertising | | $6,000.00 |
| Harold R. Werner<br>Health Care Ventures LLC<br>44 Nassau Street<br>Princeton, NJ 08542-4511 | Harold R. Werner<br>Attn: Harold R. Werner<br>Health Care Ventures LLC<br>44 Nassau Street<br>Princeton, NJ 08542-4511<br>Ph: (609) 430-3900<br>Fax: (609) 430-9525<br>E-mail: hwerner@hcven.com | Board Member Fees | | $5,500.00 |
| Martin A. Vogelbaum<br>152 West 57 St. 23rd Fl.<br>c/o RHO Capital Partners<br>New York, NY 10019 | Martin A. Vogelbaum<br>Attn:<br>152 West 57 St. 23rd Fl.<br>c/o RHO Capital Partners<br>New York, NY 10019<br>Ph: (212) 848-0423<br>Fax: (212) 751-3613 | Board Member Fees | | $5,500.00 |
| Paul, Hastings, Janofsky & Walker LLP<br>191 N Wacker Dr., 30th Floor<br>Chicago, IL 60606 | Paul, Hastings, Janofsky & Walker LLP<br>Attn: Daniel J. Perlman<br>191 N Wacker Dr., 30th Floor<br>Chicago, IL 60606<br>Ph: (312) 499-6000<br>Fax: (312) 499-6100<br>E-mail: danielperlman@paulhastings.com | Professional Fees | | $5,500.00 |
| Automatic Data Processing, Inc.<br>504 Clinton Center Dr., Suite 4400<br>Clinton, MS 39056 | Automatic Data Processing, Inc.<br>Attn: Blair McQuillen<br>504 Clinton Center Dr., Suite 4400<br>Clinton, MS 39056<br>Ph: (301) 296-7704<br>Fax: (240) 206-3208<br>E-mail: blair_mcquillen@adp.com | Payroll Services | | $3,738.22 |

## DECLARATION REGARDING THE LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, David Becker, Chief Financial Officer and Acting President and Chief Executive Officer of MiddleBrook Pharmaceuticals, Inc. (the "**Debtor**"), am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that I have read and reviewed the foregoing List of Creditors Holding the Thirty Largest Unsecured Claims Against the Debtor and that the information included therein is true and correct to the best of my knowledge, information, and belief.

Date   April 30, 2010            Signature   _____
                                             David Becker
                                             Chief Financial Officer and Acting
                                             President and Chief Executive Officer
                                             MiddleBrook Pharmaceuticals, Inc.

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.