# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| MIDDLEBROOK PHARMACEUTICALS, INC., | § | Case No.: 10-11485 (MFW) |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE,** that pursuant to 11 U.S.C. §§ 342(a) and 1109(b) and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), undersigned counsel, as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") of MiddleBrook Pharmaceuticals, Inc. (the "Debtor") requests that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein (collectively, "Documents"), be served upon the following:

| | |
|---|---|
| BAYARD, P.A. | DICKSTEIN SHAPIRO LLP |
| Neil B. Glassman, Esquire | Sam J. Alberts |
| Charlene D. Davis, Esquire | Mary Kim |
| GianClaudio Finizio, Esquire | 1825 Eye Street NW |
| 222 Delaware Avenue, Suite 900 | Washington, DC |
| Wilmington, Delaware 19899 | 20006-5403 |
| Telephone: (302) 655-5000 | Telephone: (202) 420-3616 |
| Facsimile: (302) 658-6395 | Facsimile: (202) 420-2201 |
| Email: nglassman@bayardlaw.com | Email: albertss@ dicksteinshapiro.com |
|       cdavis@bayardlaw.com |       kimm@dicksteinshapiro.com |
|       gfinizio@bayardlaw.com | |

{BAY:01546246v1}

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date: May 14, 2010
Wilmington, Delaware

BAYARD, P.A.

*/s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, 9th floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000

- and -

DICKSTEIN SHAPIRO
Sam J. Alberts
Mary Kim
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-3616

*Proposed Counsel for the Official Committee of Unsecured Creditors*