IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIDDLEBROOK PHARMACEUTICALS, INC.[1], | Case No. 10-11485 (MFW) |
| Debtor. | Re: Docket No.: 107 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

I, Uraina L. Norman, being duly sworn according to law, deposes and says that she is employed with the law firm Bayard, P.A., proposed local counsel for the Official Committee of Unsecured Creditors, in the above captioned case, and that on the 3rd day of June, 2010, I caused a copy of the following pleadings:

- **Limited Objection of the Official Committee of Unsecured Creditors to the Motion Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of (i) the Bidding Procedures Order (a) Approving the Bidding Procedures, (b) Scheduling an Auction, (c) Approving the Break-up Fee, (d) Scheduling a Final Sale Hearing, and (e) Approving the Form and Manner of Notice of Auction and Sale and Notice of Assumption and Assignment of Contracts; and (ii) the Sale Order Approving the Sale of Assets, Including the Assumption and Assignment of Contracts, Free and Clear of All Liens, Claims and Interest [Docket No. 107]**

to be served upon the parties on the attached service list in the manners indicated.

_____
Uraina L. Norman

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 3, 2010

_____
Notary Public

---

[1] The last four digits of the Debtor's taxpayer identification are 8264. The Debtor's mailing address is 7 Village Circle, Suite 100, Westlake, Texas 76262.

{BAY:01562134v1}

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Jan. 12, 2014

# SERVICE LIST

Joel A. Waite, Esq.
Kenneth J. Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19801
(Co-Counsel to Debtors)
*Hand Delivery*

Jane M. Leamy
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801
*Hand Delivery*

Matthew W. Levin, Esq.
David A. Wender, Esq.
Sage M. Sigler, Esq.
Jonathan T. Edwards, Esq.
Alston & Bird LLP
1201 West Peachtree Center,
One Atlantic Center
Atlanta, GA 30309-3424
(Co-Counsel to Debtors)
*First Class Mail*

Elizabeth Banda Calvo, Esq
Counsel for Carroll Independent School District
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Carroll ISD)
*First Class Mail*

Jeffrey K. Garfinkle, Esq.
Buchalter Nemer PC
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
(McKesson Corporation)
*First Class Mail*

Jennifer Donovan
Stock Transfer Agent & Option Plan Administrator
59 Madien Lane - Plaza Level
New York, NY 10038-4502
(Stock Transfer Agent & Option Plan Administrator)
*First Class Mail*

{BAY:01562134v1}