# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MIDDLEBROOK PHARMACEUTICALS, INC.,[1] | ) Case No. 10- 11485 (MFW) |
| | ) |
| | ) |
|       Debtor. | ) |

## NOTICE OF FILING OF LIST OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy

Procedure, the above-captioned debtor (the "**Debtor**") has filed the attached list of equity security

holders.[2]

Dated: Wilmington, Delaware
       June 10, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Matthew W. Levin
David A. Wender
Sage M. Sigler
Jonathan T. Edwards
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for the Debtor

---

[1] The last four digits of the Debtor's taxpayer identification number are 8264. The Debtor's mailing address is 7 Village Circle, Suite 100, Westlake, Texas 76262.

[2] This list indicates the number of shares held by each beneficial holder or nominee, as applicable, as of May 5, 2010. The Debtor reserves all rights to alter or amend the list at any time.

**Street Level Holders/Nominees**

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| National Financial Services | Lou Trezza | 200 Liberty St | | New York | NY | 10281 | 6,582,006 |
| TD Ameritrade Clearing Inc | Gary Swain | 1005 Ameritrade Pl | | Bellevue | NE | 68005 | 3,197,032 |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Bldg C1N | Chicago | IL | 60607 | 3,101,109 |
| Jefferies & Co Inc | Joseph Porcello | Harborside Financial Center | 705 Plaza 3 | Jersey City | NJ | 07311 | 2,646,562 |
| J P Morgan Clearing Corp | Vincent Marzella | 3 Chase Metrotech Center | | Brooklyn | NY | 11245-0001 | 1,931,762 |
| Charles Schwab & Co Inc | Debbie Jung | 2423 E Lincoln Dr | PHX PEAK 02 K130 | Phoenix | AZ | 85016 | 1,837,465 |
| Pershing LLC Securities Corp | Al Hernandez | 1 Pershing Plaza | | Jersey City | NJ | 07399 | 1,674,754 |
| Scottrade Inc | Terri Losche | 12855 Flushing Meadows Dr | | St Louis | MO | 63131 | 1,613,296 |
| Brown Brothers Harriman & Co | Dorota Malkiewicz | 525 Washington Blvd | New Port Towers | Jersey City | NJ | 07302 | 1,602,995 |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 | 1,352,903 |
| BNY Mellon | Maria Sasinoski | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 | 1,059,777 |
| Interactive Broker Retail Equity Clearing | Ken Hayden | 2 Pickwick Plz | 2nd Fl | Greenwich | CT | 06830 | 1,010,412 |
| State Street Bank & Trust Co | Amanda Banta | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171-2101 | 660,962 |
| Merrill Lynch Pierce Fenner & Smith | Henry Moralez | 101 Hudson St | 8th Fl | Jersey City | NJ | 07302 | 567,995 |
| SEI Private Trust Co | Dan Cwalina | One Freedom Valley Dr | | Oaks | PA | 19456 | 528,653 |
| JPMorgan Chase Bank/IA | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | Mumbai | | 400 064 | 501,816 |
| UBS Financial Services LLC | Jane Flood | 1200 Harbor Blvd | | Weehawken | NJ | 07086 | 501,369 |
| Goldman Sachs International | Vanessa Camardo | 30 Hudson St | Proxy Dept | Jersey City | NJ | 07302 | 484,038 |
| Citigroup Global Markets Inc | Pat Haller | 111 Wall St | 6th Fl | New York | NY | 10005 | 446,494 |
| Bank of America National Association | Carla V Brooks | 411 N Akard 5th Fl | | Dallas | TX | 75201 | 438,910 |
| Penson Financial Services Inc | Heather Beasley | 1700 Pacific Ave | Ste 1400 | Dallas | TX | 75201 | 426,210 |
| Custodial Trust Co | Dawn Eike | 101 Carnegie Center | | Princeton | NJ | 08540 | 417,260 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| SSB IBT BGI | Tom Broderick | 1776 Heritage Dr | | N Quincy | MA | 02171 | 415,113 |
| Wachovia Securities | Finesa Rosson | One North Jefferson St | | St Louis | MO | 63103 | 393,269 |
| Brown Brothers Harriman & Co ETF | Sheldon Broutman | 140 Broadway | | New York | NY | 10005 | 375,594 |
| Morgan Stanley & Co Inc | Michelle Ford | 1000 Lancaster St | 3rd Fl | Baltimore | MD | 21202 | 349,202 |
| Morgan Stanley International Ltd | Dan Spadaccini | 901 South Bond St | 6th Fl | Baltimore | MD | 21231 | 330,000 |
| Ridge Clearing & Outsourcing Solutions | Matt Freifeld | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 | 306,821 |
| Barclays Capital Inc | John Clifford | 222 Broadway | | New York | NY | 10038 | 297,149 |
| USAA Investment Management Co | Joyce Wilson | HQA02W B1 | 9800 Fredericksburg Rd | San Antonio | TX | 78288 | 286,144 |
| Ameriprise | Mike Kohler | 751 Griswold St | | Detroit | MI | 48226 | 280,776 |
| RBC Dominion Securities Inc | Desiree Dmello | 277 Front St W | 4th Fl | Toronto | ONTARIO | M5V 2X4 | 279,678 |
| TD Waterhouse Canada Inc | Beverly Adams | 60 North Windplace | | Scarborough | ONTARIO | M1S 3A7 | 257,727 |
| Assent LLC | Paul Botta | 5 Marine Plaza | Ste 102 | Hoboken | NJ | 07030 | 241,158 |
| Vanguard Marketing Corp | John Clemente | 1345 Ave of the Americas | | New York | NY | 10105-4300 | 229,859 |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | Tampa | FL | 33610 | 229,405 |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | Proxy Dept | Jersey City | NJ | 07302 | 188,562 |
| Scotia Capital Inc | Normita Ramirez | PO Box 4085 | Station A | Toronto | ONTARIO | M5W 2X6 | 183,430 |
| RBC Capital Markets Corp | Tara Olmanson | 510 Marquette Ave South | 10th Fl | Minneapolis | MN | 55402 | 160,778 |
| The Bank of New York Mellon | Susan Karafa | BNY Asset Servicing | 525 William Penn Pl Ste 0400 | Pittsburgh | PA | 15259 | 143,817 |
| JPMorgan Chase Bank NA | Armando Morales | 14201 Dallas Pkwy | | Dallas | TX | 75254 | 132,037 |
| CIBC World Markets Inc | Patricia Neath | 161 Bay St | 10th Fl | Toronto | ONTARIO | M5J 258 | 119,971 |
| Mesirow Financial Inc | Steve Raschke | 350 N Clark St | | Chicago | IL | 60610 | 111,400 |
| US Bank NA | Alex Patterson | 1555 N Rivercenter Dr | Ste 302 Attn Securities Control | Milwaukee | WI | 53212 | 102,921 |
| Southwest Securities Inc | Christina Finzen | 1201 Elm St | Ste 3700 | Dallas | TX | 75270 | 97,267 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| Morgan Stanley Inc | Michelle Ford | 1000 Lancaster St | 3rd Fl | Baltimore | MD | 21202 | 97,250 |
| Ridge Clearing & Outsourcing Solutions | James Tierney | 26 Broadway | | New York | NY | 10004 | 87,530 |
| William Blair & Co LLC | Mariusz Niedbalec | 222 West Adams St | | Chicago | IL | 60606 | 86,600 |
| Wells Fargo Investments LLC | Chris Thompson | 625 Marquette Ave | 13th Fl | Minneapolis | MN | 55402-2308 | 82,948 |
| Edward D Jones & Co | Kennique Meals | 700 Maryville Center Dr | | St Louis | MO | 63141 | 76,163 |
| NBCN Inc | Louise Normandin | 1010 Rue de la Guachetiere St West | Ste 1410 | Montreal | QUEBEC | H3B 5J2 | 68,090 |
| Janney Montgomery Scott LLC | Michael Tse | 1801 Market St | 9th Fl | Philadelphia | PA | 19103-1675 | 54,565 |
| BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Place 13th Fl | PO Box 150 | Toronto | ONTARIO | M5X 1H3 | 50,662 |
| Morgan Keegan & Co Inc | Carol Antley | 50 North Front St | | Memphis | TN | 38103 | 49,100 |
| TradeStation Group Inc | Herbert Walton | 8050 SW 10th St | Ste 4000 | Plantation | FL | 33324 | 46,914 |
| American Enterprise Investment Services | Rebecca Strand | 2178 AMP Financial Center | | Minneapolis | MN | 55474 | 44,744 |
| Genesis Securities LLC | Shawn Arani | 50 Broad St | 2nd Fl | New York | NY | 10004 | 44,450 |
| Merrill Lynch Pierce Fenner & Smith | Linda Morgan | 101 Hudson St | 9th Fl | Jersey City | NJ | 07302 | 43,711 |
| PNC Bank NA | Eileen Blake | 8800 Tinicum Blvd | MS F6 F266 02 2 | Philadelphia | PA | 19153 | 39,766 |
| Optionsxpress Inc | Robert Trinh | 311 W Monroe St | | Chicago | IL | 60606 | 37,287 |
| Raymond James & Associates Inc | Valerie Quick | 880 Carillion Pkwy | | St Petersburg | FL | 33733 | 36,350 |
| UBS Securities LLC | John Malloy | 480 Washington Blvd | | Jersey City | NJ | 07310 | 36,064 |
| Legent Clearing c/o Mediant | Vinny Missiano | 109 North 5th St | | Saddle Brook | NJ | 07663 | 29,678 |
| Wedbush Morgan Securities Inc | Hermon Alem | 1000 Wilshire Blvd | | Los Angeles | CA | 90017 | 27,244 |
| First Southwest Co | Kevin Miller | 325 N St Paul | Ste 800 | Dallas | TX | 75201 | 25,000 |
| Baird Robert W & Co Inc | Dean Markofski | 777 E Wisconsin Ave | | Milwaukee | WI | 53202 | 22,500 |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | New York | NY | 10010 | 20,037 |
| SG AMERICA | Pete Scavone | 1221 Ave of the Americas | | New York | NY | 10020 | 17,800 |
| Deutsche Bank Securities Inc | Jamaal Grier | 5022 Gate Pkwy | Bldg 100 | Jacksonville | FL | 32256 | 15,047 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | New York | NY | 10004 | 15,025 |
| GlobalSecurities Corp | Joya Baba | 3 Bentall Centre | 595 Burrard St 11th Fl | Vancouver | BC | V6Z 1V4 | 15,000 |
| Lehman Brothers Inc | Jim Gardiner | 70 Hudson St | 10th Fl | Jersey City | NJ | 07302 | 13,752 |
| Penson Financial Services Inc | Robert McPhearson | 330 Bay St Ste 711 | | Toronto | ONTARIO | M5H 2S8 | 13,140 |
| SSB SPDRs | Joseph J Callahan | Global Corp Action Dept JAB5W | PO Box 1631 | Boston | MA | 02105-1631 | 10,560 |
| Knight Clearing Services LLC | Janica Brink | 545 Washington Blvd | | Jersey City | NJ | 07310 | 10,000 |
| Primevest Financial Services Inc | Angela Handeland | 400 1st St South | Ste 300 | St Cloud | MN | 56301 | 10,000 |
| Folio FN Investments Inc | Ashley Theobald | 8180 Greensboro Dr | 8th Fl | McLean | VA | 22102 | 9,949 |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | St Louis | MO | 63102 | 8,645 |
| Etrade Capital Mkts CHXL Trading | Erika Diliberto | One Financial Pl Ste 3030 | 440 S LaSalle St | Chicago | IL | 60605 | 8,487 |
| Commerzbank | Issuer Services | c o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | 7,423 |
| CDS Clearing & Depository Services | Loretta Verelli | 600 de Maisonneuve Blvd W | Ste 210 | Montreal | QUEBEC | H3A 3J2 | 7,000 |
| Terra Nova Financial LLC | Paul Wascher | 100 S Wacker Dr | Ste 1550 | Chicago | IL | 60606 | 6,573 |
| Newedge USA LLC/Equity Clrg Div | Jay Spitzer | 630 Fifth Ave | Ste 500 | New York | NY | 10111 | 6,200 |
| Stephens Inc | Linda Thompson | 111 Center St | 4th Fl | Little Rock | AR | 72201-4402 | 6,100 |
| LPL Financial Corp | Martha Strahan | 2810 Coliseum Centre Dr | 5th Fl | Charlotte | NC | 28217 | 5,380 |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | Jersey City | NJ | 07302 | 5,276 |
| Goldman Sachs Execution & Clearing | Anthony Bruno | 30 Hudson St | 4th Fl | Jersey City | NJ | 07302-4699 | 5,236 |
| Stockcross Financial Services Inc | Eleanor Pimentel | 77 Summer St | 2nd Fl | Boston | MA | 02210 | 4,500 |
| Lazard Capital Markets LLC | Richard Weisberg | 30 Rockefeller Plaza | | New York | NY | 10020 | 3,293 |
| D A Davidson & Co | Rita Linskey | PO Box 5015 | | Great Falls | MT | 59403 | 3,000 |
| Suntrust Bank | Julia Colantuono | PO Box 105504 | Center 3141 | Atlanta | GA | 30348-5504 | 2,873 |
| UBS AG Stamford Branch/as Custodian | Michael Marciano | 677 Washington St | 9th Fl | Stamford | CT | 06901 | 2,783 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| Citadel DG | Marcia Banks | 101 S Dearborn St | | Chicago | IL | 60603 | 2,575 |
| JPMorgan Chase Bank/Public Employees | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | Mumbai | | 400 064 I0000 | 2,318 |
| BNP Paribas Securities Corp | Creighton Douglass | 555 Croton Rd | | King of Prussia | PA | 19406 | 2,248 |
| Koonce Securities Inc | G Sohan | 6550 Rock Spring Dr | Ste 600 | Bethesda | MD | 20817 | 2,200 |
| Clearview Correspondent Services LLC | Linda Miller | 8006 Discovery Dr | | Richmond | VA | 23229 | 2,000 |
| Ingalls & Snyder LLC | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | 2,000 |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | Mail Code 3530 | Detroit | MI | 48226 | 1,851 |
| Desjardins Securities Inc | Karla Diaz | 2 Complexe Desjardins Tour Est | Niveau 62 E1 22QC | Montreal | QUEBEC | H5B 1J2 | 1,800 |
| LEK Securities Corp | Daniel Hanuka | 140 Broadway | 29th Fl | New York | NY | 10005 | 1,400 |
| JJB Hilliard WL Lyons Inc | Kevin Medico | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | 1,285 |
| GMP Securities LP | Terry Young | 145 King St West | Ste 1100 | Toronto | ONTARIO | M5H 1J8 | 1,000 |
| Trust Industrial Bank | Brett Davis | 717 17th St | Ste 21 | Denver | CO | 80202 | 1,000 |
| Sanford C Bernstein & Co LLC | Tiffany Harris | One North Lexington Ave | | White Plains | NY | 10601 | 500 |
| Fortis Clearing Americas LLC | Dave Kot | 175 W Jackson Blvd | Ste 400 | Chicago | IL | 60605 | 111 |
| Davenport & Co LLC | Kim Nieding | 901 E Cary St | 11th Fl | Richmond | VA | 23219 | 100 |
| Timber Hill LLC | Maria Tardio | 1 Pickwick Plaza | | Greenwich | CT | 06830 | 56 |
| UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | Kansas City | MO | 64106 | 1 |

**Beneficial Holders**

| Holder | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|
| EGI-MBRK L.L.C. C/O EQUITY GROUP INVESTMENTS | TWO NORTH RIVERSIDE PLAZA | SUITE 600 | Chicago | IL | 60606-2627 | 30,303,030 |
| HEALTHCARE VENTURES VI LP | 44 NASSAU STREET | | Princeton | NJ | 08542-4506 | 5,532,486 |
| RHO VENTURES V, L.P. | 152 W 57TH STREET, 23RD FLOOR | | New York | NY | 10019-3310 | 3,874,863 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| HEALTHCARE VENTURES V LP | | 44 NASSAU STREET | | Princeton | NJ | 08542-4506 | 3,629,973 |
| HEALTH CARE VENTURES VII, L.P. | | 44 NASSAU STREET | | Princeton | NJ | 08542-4506 | 1,975,892 |
| HEALTHCARE VENTURES VI LP | | 44 NASSAU STREET | | Princeton | NJ | 08542-4506 | 682,903 |
| RHO VENTURES V AFFILIATES, LLC | | 152 W 57TH STREET, 23RD FLOOR | | New York | NY | 10019-3310 | 340,212 |
| THE DC 1998 NFA TRUST FBO LEE CASTY | | C/O IFX CORPORATION | 707 SKOKIE BLVD SUITE 555 | Northbrook | IL | 60062-2840 | 136,934 |
| WILLIAM F INDOE TTEE OF THE RHO MANAGEMENT TRUST I DTD 8/5/83 AND AMENDED ON 5/8/84 AND 1/3/85 | | 152 WEST 57TH ST 23RD FLOOR | | New York | NY | 10019-3310 | 115,316 |
| LAWRENCE ABRAMS | | 101 WESTCOTT STREET APT 1601 | | Houston | TX | 77007-7098 | 72,856 |
| LAGUNA VERMOGENSVERWAITUNG GMBH | | GROSSE BLEICHEN 8 D20354 | | HAMBURG | GERMANY | | 51,694 |
| R GORDON DOUGLAS | | 265 OLD BLACK POINT ROAD | | Niantic | CT | 06357-3732 | 50,270 |
| E JEFFREY PEIERLS | | 73 S HOLMAN WAY | | Golden | CO | 80401-5108 | 43,700 |
| JAMES H CAVANAGH | | 554 DORSET ROAD | | Devon | PA | 19333-1845 | 42,074 |
| HAROLD R WERNER | | 180 MERCER STREET | | Princeton | NJ | 08540-6828 | 28,550 |
| COREY BLOOM FAMILY TRUST OF 9/4/90 | | 628 PACIFIC VIEW DRIVE | | San Diego | CA | 92109-1768 | 17,485 |
| WAYNE T HOCKMEYER | | 8233 BURNING TREE ROAD | | Bethesda | MD | 20817-2908 | 13,660 |
| WERNER FAMILY INVESTMENT LIMITED PARTNERSHIP | | 180 MERCER STREET | | Princeton | NJ | 08540-6828 | 13,523 |
| BARRY I EISENSTEIN | | 5601 BROAD BRANCH RD NW | | Washington | DC | 20015-2539 | 13,114 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| STEVEN OSTROFSKY | | C/O MIDDLEGATE SECURITIES | 8 WEST 40TH STREET 4TH FL | New York | NY | 10018-2278 | 11,700 |
| CHINA FIRST STEEL ROPES MFG CO | | 301-1 MIN SHENG WEST ROAD | TAIPEI 103 | TAIWAN | | | 10,000 |
| DENNIS THOMAS OSTERMANN | | 118 CARMAN AVE | | East Rockaway | NY | 11518-1303 | 10,000 |
| ALVIS DUNSON JR | | 5898 ARLINGTON BLVD | | Arlington | VA | 22204-1031 | 6,830 |
| RICHARD GORMAN | | 3022 ST ALBANS | | Los Alamitos | CA | 90720-4459 | 5,464 |
| TAMAR HOWSON | | 128 ST GEORGES ROAD | | Ardmore | PA | 19003-2506 | 5,464 |
| BRENDA L WOLLING | | 10223 ROYAL SAINT ANDREWS PLACE | | Ijamsville | MD | 21754-9637 | 4,849 |
| ONALD J TREACY JR | | 16905 OLD SAWMILL ROAD | | Woodbine | MD | 21797-7807 | 4,098 |
| LINDSAY BENJAMIN TRITTIPOE | | 4208 W FRANKLIN ST | | Richmond | VA | 23221-1110 | 3,000 |
| SAMNAE P STEINKE | | 45005 AVIATION DR | | Dulles | VA | 20166-7513 | 3,000 |
| RHO MANAGEMENT PARTNERS LP | | 152 WEST 57TH ST 23RD FLOOR | | New York | NY | 10019-3310 | 2,320 |
| ARTHUR M MANDELL & IRMA MANDELL JT TEN | | | 14529 HIGH MEADOW WAY | North Potomac | MD | 20878-3792 | 2,000 |
| SIMON JOHN TULLOCH | | 252 BALMORAL COURT | | Chester Springs | PA | 19425-1215 | 2,000 |
| LARRY J SMITH & MARY E SMITH JT TEN | | | 6319 OLD WASHINGTON PIKE | Knoxville | TN | 37918 | 1,465 |
| ROBERT F WESCOTT & KAREN SUE WISE JT TEN | | | 9812 CLYDESDALE ST | Potomac | MD | 20854-4708 | 1,300 |
| ROBIN N BELSAAS | | 21 ETERNITY COURT | | Germantown | MD | 20874-6103 | 1,230 |
| CHRISTINE J HIGGINS | | 45691 WEMBLEY CENTRAL TERRACE | | Sterling | VA | 20166-9258 | 1,229 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| DARLA L BERTHOLD | | 12462 GREAT PARK CIRCLE #102 | | Germantown | MD | 20876-5942 | 1,094 |
| BRIAN M HAHN | | 10018 WATERFORD DRIVE | | Ellicott City | MD | 21042-6246 | 1,024 |
| JONATHAN WILLIAM BAILEY & CYNTHIA M BAILEY JT TEN | | | 5708 SUNRISE HILL RD | Derwood | MD | 20855-1404 | 1,000 |
| PETER STEVEN BIEBER | | 804 LAURELWOOD DR | | Greensboro | NC | 27410-4600 | 1,000 |
| MELISSA R BREIL | | 12939 CLIMBING IVY DRIVE | | Germantown | MD | 20874-1837 | 819 |
| FRANCIS J SHALLCROSS & BARBARA R SHALLCROSS JT TEN | | | 12935 PENEFIELD LANE | Huntley | IL | 60142-7851 | 800 |
| AMANDA C TURNER & | | JONATHAN B TURNER JT TEN | 4503 AUTUMN ROSE LANE | Knoxville | TN | 37918 | 732 |
| LINDA K ROBINSON | | 31 BOOTH STREET #350 | | Gaithersburg | MD | 20878-6592 | 683 |
| DARLA L BERTHOLD | | 12462 GREAT PARK CIRCLE | APT. 102 | Germantown | MD | 20876-5942 | 612 |
| CHARLES ROBERT COPE & RUTHANN COPE JT TEN | | | 10604 CHATHAM RIDGEWAY | Spotsylvania | VA | 22551-8907 | 600 |
| ELIZABETH V SHEA & JASON D UNDERWOOD JT TEN | | | 7621 VIRGINIA LANE | Falls Church | VA | 22043-3246 | 600 |
| MARC RICHARDS FEINBERG | | 2927 GREENVALE RD | | Chevy Chase | MD | 20815-3126 | 600 |
| TERRI L SOGARD | | 1553 SAINT LAWRENCE CT | | Frederick | MD | 21701-9151 | 546 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| SUDHIR SHAH | | 18613 HARVEST SCENE COURT | | Boyds | MD | 20841-4374 | 500 |
| HABIB KAIROUZ | | RHO CAPITAL MGT | 152 WEST 57TH ST 23RD FLOOR | New York | NY | 10019-3310 | 497 |
| MARK LESCHLY | | 58 W 70TH ST APT 2 | | New York | NY | 10023-4619 | 497 |
| CAROLYN M KIDWELL | | 613 OPEN MEADOW ROAD | | Frederick | MD | 21703-4561 | 409 |
| MARTIN K SCHALLER JR | | 12767 FAIR BRIAR LANE | | Fairfax | VA | 22033-3850 | 409 |
| DOROTHY M SEWELL | | 15105 GRAVENSTEIN WAY | | North Potomac | MD | 20878-4700 | 400 |
| JEANNET MALDONADO | | 1919 HENRY RD | | Rockville | MD | 20851-2220 | 354 |
| CZESLAWA ZADZIELSKI | | 7 DAPPLEFIELDS COURT | | Lakewood | NJ | 08701-7528 | 300 |
| JAMES B KERSHAW | | 17786 FORT JOHNSON RD | | Leesburg | VA | 20176-7115 | 300 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| O'NEIL D KELLY | | 362 EAGLES POINTE CIRCLE | | Liverpool | NY | 13090-333 | 273 |
| RONALD B DAVIS JR | | 914 UNIVERSITY DRIVE | | State College | PA | 16801-6625 | 273 |
| SUPARNA K SHAH | | 12120 SHEETS FARM ROAD | | North Potomac | MD | 20878-4923 | 273 |
| SUPARNA K SHAH | | 12120 SHEETS FARM RD | | North Potomac | MD | 20878-4923 | 273 |
| SUPARNA K SHAH | | 12120 SHEETS FARM ROAD | | North Potomac | MD | 20878-4923 | 273 |
| TERRI L SOGARD | | 1553 SAINT LAWRENCE COURT | | Frederick | MD | 21701-9151 | 273 |
| TERRI L SOGARD | | 1553 ST. LAWRENCE CT. | | Frederick | MD | 21701-9151 | 273 |
| STEPHEN LAWRENCE BELL & | | AMY LYNN BELL JT TEN | 2130 RED LEAF CT. | Gambrills | MD | 21054-1707 | 250 |
| HARRY F BEATON | | 73 SUNFLOWER RIDGE RD | | South Setauket | NY | 11720-3712 | 200 |
| MICHAEL THOMAS MILHAUDT | | 11432 FRANCES GREEN DR | | North Potomac | MD | 20878-4256 | 200 |
| ROBERT C STURGILL | | 118 GOVERNORS DR SW | | Leesburg | VA | 20175-4320 | 200 |
| JEANNET MALDONADO | | 1919 HENRY ROAD | | Rockville | MD | 20851-2220 | 146 |
| CRYSTAL L NELSON | | 565 GREENSFERRY AVENUE SW #1903 | | Atlanta | GA | 30314-4392 | 136 |
| JASON NICHOLS | | 90 ATHOL AVE APT 1F | | Oakland | CA | 94606-1741 | 136 |
| SUPARNA K SHAH | | 12120 SHEETS FARM ROAD | | North Potomac | MD | 20878-4923 | 136 |
| MODJGAN M HOSSEINI | | 10101 GROSVENOR PLACE #1612 | | Rockville | MD | 20852-4678 | 123 |
| ANNE M MESMER | | 7920 OTTER COVE COURT | | Montgomery Village | MD | 20886-5827 | 122 |
| ALICJA GHAZNAVI | | 23103 MEADOW MIST ROAD | | Clarksburg | MD | 20871-3316 | 120 |

| Holder/Nominee | Attn: | Address1 | Address2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| DUNCAN WALLACE SELLARS & | | PAMELA DICKENS SELLARS JT TEN | 2621 CLIDE COURT | Oakton | VA | 22124-1612 | 100 |
| FRANK BREIL & | | SUZANNE BREIL JT TEN | 168 THERESE AVE | Keyport | NJ | 07735-1058 | 100 |
| CORRENA L SHERMAN | | 12955 PINNACLE DR APT 301 | | Germantown | MD | 20874-9103 | 82 |
| EDWARD C SHUNK | | 12535 E LOS REALES RD | | Tucson | AZ | 85747-9391 | 50 |
| JEANNET MALDONADO | | 1919 HENRY RD | | Rockville | MD | 20851-2220 | 40 |
| MATTHEW CARDILLO CUST MAXIMILIAN ROMAN CARDILLO UNDER THE MD UNIF TRAN MIN ACT | | 12400 GALESVILLE DR | | Gaithersburg | MD | 20878-2078 | 40 |
| SCHIRLEY MALDONADO | | 1903 STANLEY AVENUE | | Rockville | MD | 20851-2225 | 40 |
| EDWARD M RUDNIC | | 13517 MAIDSTONE LANE | | Potomac | MD | 20854-1031 | 1 |
| JAMES D ISBISTER REVOCABLE TRUST DATED 4/25/97 | | 9521 ACCORD DRIVE | | Potomac | MD | 20854-4302 | 1 |
| JAMES D RUSSO | | 11304 TAFFRAIL COURT | | Reston | VA | 20191-4511 | 1 |
| JULIE M CLIFFORD | | 4403 HIGHBORO DR | | Mount Airy | MD | 21771-4601 | 1 |
| KEVIN S SLY | | 858 STILL CREEK LANE | | Gaithersburg | MD | 20878-3218 | 1 |
| MARSHALL WOLF | | BOX 7059 | CHURCH ST STATION | New York | NY | 10008 | 1 |
| SANDRA E WASSINK LIVING TRUST | | | 5103 REELS MILL ROAD | Frederick | MD | 21704-7335 | 1 |
| SHALLCROSS FAMILY RESOURCE TRUST U/A DATED 08-12-03 | | | 11020 LANCE LANE | Oakton | VA | 22124-2406 | 1 |