## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
MIDDLEBROOK PHARMECEUTICALS, INC.,       :    Case No. 10-11485 (MFW)
                                         :
                    Debtor.              :
-----------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the claims and noticing agent for the Debtor in the above-captioned cases.

On June 9, 2010, I caused to be served the following documents via First-Class Mail on the parties identified on **Exhibit A**:

- Final Order Establishing Notification and Hearing Procedures for Transfers of Equity Securities **[Docket No. 128]**

- Notice of Final Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interest in Debtor's Estate **[Docket No. 135]**

- Order (I) Approving Sale Procedures and Bidding Protections to be Employed in Connection with the Proposed Sale of the Debtor's Assets, (II) Scheduling an Auction and Hearing to Consider Approval of the Sale of Debtor's Assets, and (III) Approving Notice of Respective Dates, Times, and Places for Auction and for Hearing on Approval of Sale of Assets and Other Related Relief **[Docket No. 136]**

- Order Scheduling Omnibus Hearing Dates; Hearings to be Held on July 12, 2010 at 2:00 p.m., August 26, 2010 at 10:30 a.m., and September 23, 2010 at 2:00 p.m. **[Docket No. 137]**

- Order Authorizing the Debtor to Employ and Retain Gleacher & Company Securities, Inc. as Financial Advisor to the Debtor, Nunc Pro Tunc to the Petition Date, and Waiving Certain Informational Requirements of Local Rule 2016-2 in Connection Therewith **[Docket No. 138]**

Additionally, on June 9, 2010, I caused to be served the following documents via First-Class Mail on the parties identified on **Exhibit B**:

- Final Order Establishing Notification and Hearing Procedures for Transfers of Equity Securities **[Docket No. 128]**

- Notice of Final Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interest in Debtor's Estate **[Docket No. 135]**

Dated: June 9, 2010

Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California, County of Los Angeles

Subscribed and sworn to before me on this 9th day of June, 2010, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____
                        Notary Public

GABRIELA HILL
Commission # 1853581
Notary Public - California
Los Angeles County
My Comm. Expires Jun 11, 2013


Exhibit A

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bayard PA | Neil B Glassman | 222 Delaware Ave Ste 900 | | Wilmington | DE | 19899-0000 |
| Bayard PA | Charlene D Davis | 222 Delaware Ave Ste 900 | | Wilmington | DE | 19899-0000 |
| Bayard PA | GianClaudio Finizio | 222 Delaware Ave Ste 900 | | Wilmington | DE | 19899-0000 |
| Buchalter Nemer PC | Jeffrey K Garfinkle Esq | 18400 Von Karman Ave Ste 800 | | Irvine | CA | 92612-0000 |
| Carroll Independent School District | c o Elizabeth Banda Calvo | Purdue Brandon Fielder Collins & Mott LLP | PO Box 13430 | Arlington | TX | 76094-0430 |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801-0000 |
| Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903-0000 |
| Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 7040 | | Dover | DE | 19903-0000 |
| Delaware Secretary of the Treasury | | PO Box 898 | | Dover | DE | 19903-0000 |
| Delaware Secretary of the Treasury | | PO Box 7040 | | Dover | DE | 19903-0000 |
| Dickstein Shapiro LLP | Sam J Alberts | 1825 Eye St NW | | Washington | DC | 20006-5403 |
| Dickstein Shapiro LLP | Mary Kim | 1825 Eye St NW | | Washington | DC | 20006-5403 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255-0002 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201-0000 |
| Office of the United States Trustee Delaware | Jane M Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801-0000 |
| Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549-0000 |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 |
| Securities & Exchange Commission | Allen Maiza Regional Director | 3 World Financial Center Room 4300 | | New York | NY | 10281-0000 |
| US Attorneys Office | Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Missouri Dept of Revenue GC Office | Sheryl L Boreau Special Asst Atty General | 301 W High St Rm 670 | PO Box 475 | Jefferson City | MO | 65105-0475 |
| IKON Financial Services | Maie Griner Recovery Data Coordinator | 1738 Bass Rd | PO Box 13708 | Macon | GA | 31208-3708 |



Exhibit B

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|------|-------------|----------|----------|------|-------|-----|
| DEERFIELD CAPITAL LP ET AL | | 780 THIRD AVE 37TH FL | | NEW YORK | NY | 10017-0000 |
| EQUITY GROUP INVESTMENTS LLC | ATTN FINANCIAL SERVICES DEPT | TWO N RIVERSIDE PLAZA STE 600 | | CHICAGO | IL | 60606-0000 |
| FEDERATED KAUFMAN FUND | | 1001 LIBERTY AVE | | PITTSBURGH | PA | 15222-3779 |
| HEALTHCARE VENTURES V LP | J STEINBERG ADMIN PARTNER | 44 NASSAU ST | | PRINCETON | NJ | 08542-0000 |
| JAMES H CAVANAUGH | CO HEALTHCARE VENTURES LLC | 44 NASSAU ST | ATTN GAYLE FERRI | PRINCETON | NJ | 08542-0000 |
| JAMES H CAVANAUGH | | 554 DORSET RD | | DEVON | PA | 19333-1845 |
| JP MORGAN SECURITIES | | 277 PARK AVE | | NEW YORK | NY | 10172-0000 |
| MILLENNIUM PARTNERS LP | CO MILLENIUM MANAGEMENT LLC | 666 FIFTH AVE | | NEW YORK | NY | 10103-0000 |
| PERCEPTIVE LIFE SCIENCES MASTER FUND | | 499 PARK AVE 25TH FL | | NEW YORK | NY | 10022-0000 |
| RHO CAPITAL PARTNERS INC | ATTN HABIB KAIROUZ | 152 WEST 57TH ST 23RD FL | | NEW YORK, | NY | 10019-0000 |
| TANG CAPITAL PARTNERS LP | | 4401 EASTGATE MALL | | SAN DIEGO | CA | 92121-0000 |
| TRIVIUM CAPITAL MANAGEMENT | | 600 LEXINGTON AVE 23RD FL | | NEW YORK | NY | 10022-0000 |