UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11485 (MFW) |
| Middlebrook Pharmaceuticals, Inc., | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY |
| Debtor | | SECURITY HOLDERS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Equity Security Holders in connection with the above captioned case:

1. **B. Alex Shaw, Jr.**

2. **Douglas Abramson**

3. **Eric Kuby**

4. **Steven Ostrofsky**

5. **Junfeng Huang**

        ROBERTA A. DeANGELIS
        United States Trustee, Region 3

        /s/ Jane M. Leamy, for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: June 23, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Joel Waite, Esquire, Phone: (302) 571-6600, Fax: (302) 576-3342