UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11485 (MFW) |
| Middlebrook Pharmaceuticals, Inc. | : | |
| | : | FIRST AMENDED NOTICE OF |
| | : | APPOINTMENT OF |
| Debtors | : | COMMITTEE OF UNSECURED |
| -------------------------------------------------------- | : | CREDITORS* |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Par Pharmaceutical, Inc.**, Attn: Barry J. Gilman, 300 Tice Boulevard., Woodcliff Lake, NJ 07677, Phone: 201-802-4000, Fax: 201-802-4600

2. **Seneca Meadows Corp. Center II LLC**, Attn: Paul N. Chod, 20457 Seneca Meadows Parkway, Germantown, MD 20876, Phone: 240-912-0200, Fax: 240-912-0162

3. **McKesson Corporation**, Attn: Peter Weitl, 1 Post Street, 20th Floor, San Francisco, CA 94104, Phone: 415-983-8690, Fax: 415-732-2967

4. **PDR Network, LLC**, Attn: Andrew B. Gelman, 5 Paragon Drive, Montvale, NJ 07645, Phone: 201-358-7540, Fax: 201-722-2687

        ROBERTA A. DeANGELIS
        United States Trustee, Region 3


        /s/ Jane M. Leamy, for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: June 25, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Joel A. Waite, Esquire, Phone: (302) 571-6600, Fax: (302) 571-0453

* Amended to reflect the resignation of Ceph International Corporation from the Committee.