# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MIDDLEBROOK PHARMACEUTICALS, INC.,[1] | ) Case No. 10-11485 (MFW) |
| | ) |
| Debtor. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS:
NEW CASTLE COUNTY    )

      Dennis A. Mason, Sr., being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtor, in the above captioned matter, and that on the 4th day of November, 2010 he caused a copy of the following document(s) to be served in the manner described upon the parties on the attached service list:

           Disclosure Statement for the Debtor's Plan of Liquidation with the Debtor's Plan of Liquidation attached as Exhibit A

_/s/ Dennis A. Mason_
Dennis A. Mason, Sr.

SWORN TO AND SUBSCRIBED before me this 4th day of November, 2010.

_/s/ Notary_
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

---

[1]     The last four digits of the Debtor's taxpayer identification number are 8264. The Debtor's mailing address is 7 Village Circle, Suite 100, Westlake, Texas 76262.

# CORE GROUP SERVICE LIST
## Middlebrook Pharmaceuticals, Inc.
## 11/4/2010

Sam J. Alberts, Esq.
Mary Kim, Esq.
Dickinson Shapiro LLP
1825 Eye Street NW
Washington, DC 10006-5403
(Creditors Committee)
*First Class Mail*

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
GianClaudio Finizio, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Creditors Committee)
*Hand Delivery*

Jeffrey R. Waxman, Esq.
Courtney R. Hamilton, Esq.
Morris James LLP
500 Delaware Avenue, Ste 1500
Wilmington, DE 19801
(Official Committee of Equity Security Holders)
*Hand Delivery*

David Carlebach, Esq.
Law Offices of P. David Carlebach
40 Exchange Place, Suite 1306
New York, NY 10005
Official Committee of Equity Security Holders
*First Class Mail*

Jane M. Leamy
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)
*Hand Delivery*