## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIDDLEBROOK PHARMACEUTICALS, INC.,[1] | ) ) | Case No. 10-11485 (MFW) |
| | ) | |
| _____ Debtor. _____ | ) | |

### CERTIFICATION OF COUNSEL REGARDING THE STIPULATION BETWEEN THE DEBTOR, THE CREDITORS' COMMITTEE AND THE EQUITY COMMITTEE WITH RESPECT TO (A) THE FORM AND MANNER OF NOTICE OF DISCLOSURE STATEMENT AND CONFIRMATION HEARING, (B) THE RECORD DATE, AND (C) THE DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO (I) THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) CONFIRMATION OF THE PLAN, AND (III) PROPOSED TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES REJECTED PURSUANT TO PLAN

MiddleBrook Pharmaceuticals, Inc. (the "**Debtor**") hereby certifies that the stipulation (the "**Stipulation**," attached hereto as <u>Exhibit A</u>) between the Debtor, the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") and the Official Committee of Equity Security Holders (the "**Equity Committee**," together with the Debtor and the Creditors' Committee, the "**Parties**"), pursuant to Sections 1125 and 1126, Title 11, United States Code (the "**Bankruptcy Code**"), Rules 2002, 3016, 3017 and 3020 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 3017-1(a) and 3017-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), has been reached by the Parties with respect to (a) the form and manner of notice of disclosure statement and confirmation hearing, (b) the record date, and (c) the deadline and procedures for filing objections to (i) the adequacy of the disclosure statement, (ii) confirmation of the plan and (iii) proposed treatment of executory contracts and

---

[1] The last four digits of the Debtor's taxpayer identification number are 8264. The Debtor's mailing address is 7 Village Circle, Suite 100, Westlake, Texas 76262.

unexpired leases rejected pursuant to the Plan (collectively the **"Plan Procedures"**); and granting related relief. In support of the Plan Procedures contained in the Stipulation, the Debtor respectfully submits as follows:

## JURISDICTION AND VENUE

1.　　This Court has jurisdiction to consider this Stipulation under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of this case and this Stipulation in this district is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the Stipulation are Sections 1125, 1126 and 105 of the Bankruptcy Code.

## BACKGROUND

### The Chapter 11 Filing

2.　　On April 30, 2010 (the **"Petition Date"**), the Debtor commenced a voluntary case (the **"Bankruptcy Case"**) under Chapter 11 of the Bankruptcy Code. Sections 1107(a) and 1108 of the Bankruptcy Code authorize the Debtor to operate its business and manage its assets as a debtor in possession.

3.　　No party in interest has requested the appointment of a trustee or examiner.

4.　　On May 11, 2010, the United States Trustee for the District of Delaware (the **"United States Trustee"**) appointed the Creditors' Committee. [Docket No. 42].

5.　　On June 24, 2010, the United States Trustee appointed the Equity Committee. [Docket No. 154].

6.　　On November 4, 2010, the Debtor filed with this Court the Debtor's Plan of Liquidation (the **"Plan"**) and the accompanying disclosure statement (the **"Disclosure Statement"**).

7.      Additional factual background regarding the Debtor, including it business operations, its capital and debt structure, and the events leading to the filing of this bankruptcy case, is set forth in detail in the *Declaration of David Becker in Support of Chapter 11 Petition and First Day Motions* (the "**Becker Declaration**"), fully incorporated herein by reference. [Docket No. 4].

**The Stipulation**

8.      Taking into consideration the facts and circumstances of this Bankruptcy Case and the mandates of Sections 1125 and 1126 of the Bankruptcy Code, the Debtor, the Creditors' Committee, and the Equity Committee worked together to create the Plan Procedures set forth in the Stipulation, which the Parties believe are fair and appropriate under the circumstances, provide adequate notice to all parties in interest, and otherwise comply with Sections 1125 and 1126 of the Bankruptcy Code.

<b>RELIEF REQUESTED</b>

9.      The Debtor requests the entry of an Order approving the Plan Procedures, as set forth in the Stipulation, pursuant to Sections 1125, 1126 and 105 of the Bankruptcy Code.

<b>BASIS FOR RELIEF</b>

10.     The Debtor submits that the Plan Procedures contemplated by the Stipulation may be approved under Sections 1125 and 1126 of the Bankruptcy Code.  Sections 1125 and 1126 of the Bankruptcy Code govern the required content for disclosure statements, the postpetition process for soliciting votes on a plan of reorganization or liquidation, and the rules governing the acceptance or rejection of a plan.  Here, the Plan Procedures agreed to by the Parties and set forth in the Stipulation are appropriate and proper procedures pursuant to the articulated standards of Sections 1125 and 1126.

11.     In the exercise of its sound business judgment, the Debtor maintains that the approval of the Plan Procedures is in the best interests of the Debtor, its estate, and its creditors, as evidenced by the Creditors' Committee's and the Equity Committee's entry into the Stipulation.

12.     The Stipulation was negotiated at arm's length and the Debtor submits that its terms are fair and reasonable and in the best interests of the estate.  For the reasons set forth herein, the Debtor believes that approval of the Stipulation and the Plan Procedures contained therein is appropriate under Sections 1125, 1126 and 105 of the Bankruptcy Code.

## NOTICE

13.     The Debtor has served notice of this Stipulation on (a) the Office of the United States Trustee for the District of Delaware; (b) the Creditors' Committee; (c) the Equity Committee; and (d) all parties that have requested notice pursuant to Local Rule 2002-1(b).  The Debtor submits that no other or further notice need be provided.

WHEREFORE, the Debtor respectfully requests that the Court (i) enter the proposed order attached hereto as Exhibit B approving the Stipulation and granting the relief requested herein; and (ii) grant such other and further relief as it deems just and proper.

DATED: November 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Matthew W. Levin
David A. Wender
Sage M. Sigler
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for the Debtor