# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|                       |                                            |              |    |
|----------------------:|:-------------------------------------------|:-------------|:---|
| **Debtor:**           | Middlebrook Pharmaceuticals, Inc.          |              |    |
| **Case Number:**      | 10-11485-MFW                               | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 13, 2010 11:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH                            |              |    |
| **Courtroom Clerk:**  | LAURIE CAPP                                |              |    |
| **Reporter / ECR:**   | BRANDON MCCARTHY                           |              |    |

## *Matter:*

Disclosure/Confirmation - Moved at counsels' request from 12/1/10

**R / M #:**   505 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 through 3 - Orders entered under CNOs
- Item 4 - Continued to 12/29/10
- Item 5 - Continued to 12/29/10
- Items 6 and 7 - Continued to 12/29/10 if parties do not submit Order under Certification of Counsel