**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MIDDLEBROOK PHARMACEUTICALS, INC.,[1] | ) Case No. 10-11485 (MFW) |
| | ) |
| Debtor. | ) Ref. Docket Nos. 545, 549 |

## NOTICE OF EFFECTIVE DATE OF DEBTOR'S MODIFIED PLAN OF LIQUIDATION

TO:    ALL KNOWN CREDITORS AND THOSE PARTIES REQUESTING NOTICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002(i) AND LOCAL RULE 2002-1(b)

**PLEASE TAKE NOTICE** that on **December 30, 2010**, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its Findings of Fact, Conclusions of Law, and Order Approving Disclosure Statement and Confirming the Debtor's Modified Plan of Liquidation (the "Confirmation Order") [Docket No. 549], thereby confirming the Debtor's Modified Plan of Liquidation (the "Plan") [Docket No. 545].

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to obtain a copy of the Confirmation Order may obtain such copy (i) at http://www.kccllc.net/middlebrook or (ii) by contacting Dennis Mason, Paralegal, (302) 571-4748, dmason@ycst.com. A copy of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

**PLEASE TAKE FURTHER NOTICE** that all conditions precedent to the Effective Date (as such term is defined in the Plan) have been satisfied or waived in accordance with the terms of the Plan, and that the Plan became effective on **January 3, 2011** (the "Effective Date"). The Plan is binding on all parties that held Claims against and Interests in the above-captioned debtor (the "Debtor") and all references in the Plan to the Effective Date are to January 3, 2011.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 6.4 of the Plan and paragraph 17 of the Confirmation Order, attached hereto is the Initial Allowed Class 3 Claim List indicating the current, Allowed Class 3 Claims and the applicable interest rate to be paid on those Claims, if any. Pursuant to paragraph 18 of the Confirmation Order, if the Holder of an Allowed General Unsecured Claim listed on the Initial Allowed Class 3 Claim List disputes the proposed rate of interest, such Holder shall give written notice to the Debtor and Plan Administrator of its disagreement (a "**Notice of Interest Rate Dispute**") within fourteen (14) days of the filing of the Initial Allowed Class 3 Claim List (**January 17, 2011 at 4:00 p.m. (ET)**). If the parties are unable to resolve the dispute, within twenty-one (21) days of the receipt of the Notice of Interest Rate Dispute, such Holder of an Allowed General Unsecured Claim

---

[1] The last four digits of the Debtor's taxpayer identification number are 8264. The Debtor's mailing address is 7 Village Circle, Suite 100, Westlake, Texas 76262.

shall file a motion with the Court seeking the entry of an order establishing the applicable rate of interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 5.1 of the Plan and paragraph 35 of the Confirmation Order, except as may otherwise be provided by separate order of the Bankruptcy Court and other than professional fee claims, any Holder of an Administrative Expense that has not been paid, released, or otherwise settled prior to the Effective Date, must file any request for payment of the Administrative Expense no later than thirty (30) days after the Effective Date (**February 2, 2011 at 4:00 p.m. (ET)**). Any request for payment of an Administrative Expense that is not timely filed as set forth herein will be forever barred and Disallowed by operation of confirmation of the Plan and the Confirmation Order and without the need for any party to file any objection or other pleading, and Holders of such Administrative Expenses shall be prohibited from asserting such Administrative Expenses in any manner against the Debtor, the Post-Effective Date Debtor or the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 11.1 of the Plan and paragraph 36 of the Confirmation Order, all applications for final allowance of fees and expenses of professional persons employed pursuant to orders entered by the Bankruptcy Court and on account of services rendered prior to the Effective Date, shall be filed with the Bankruptcy Court and served upon counsel to the Debtor, counsel to the Creditors' Committee, counsel to the Equity Committee, the United States Trustee, and all parties entitled to notice pursuant to Bankruptcy Rule 2002 no later than forty-five (45) days after the Effective Date (**February 17, 2011 at 4:00 pm. (ET)**). Any request for payment of professional fees that is not filed by such date will be forever barred, and shall not be enforceable against the Debtor, the Post-Effective Date Debtor or the Plan Administrator.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 3, 2011 | BY ORDER OF THE BANKRUPTCY COURT<br>Mary F. Walrath, United States Bankruptcy Judge |
| Matthew W. Levin<br>David A. Wender<br>Sage M. Sigler<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000 | Joel A. Waite<br>Kenneth J. Enos<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 West St., 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600 |
| **Attorneys for the Debtors** ||

Initial Allowed Class 3 Claims List

| Claim No. | Name | Transferor Name | Current Holder | Address1 | Address2 | City | State | Zip | Country | Claim Amount | Interest Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ADP | | | PO Box 9001006 | | Louisville | KY | 40290-1006 | | $7,476.44 | 0.43% |
| 50 | Allegheny Power | | | PO Box 1392 | | Fairmont | WV | 26555 | | $2,316.35 | 0.43% |
| | Angle, Brook | | | | | | | | | $2,291.67 | 0.43% |
| | Argo Partners | Dendrite | | 12 W 37th St 9th Fl | | New York | NY | 10018 | | $31,321.21 | 0.43% |
| | Argo Partners | QPharmaceuticals Corp | | 12 W 37th St 9th Fl | | New York | NY | 10018 | | $92,961.92 | 0.43% |
| 72 | Argo Partners As Assignee of Compliance Implementation Services | CIS | Argo Partners | 12 W 37th St 9th Fl | | New York | NY | 10018 | | $27,504.00 | 0.43% |
| 30 | Argo Partners as Assignee of Metro Exhibits | | Argo Partners | 12 W 37th St 9th Fl | | New York | NY | 10018 | | $9,832.50 | 0.43% |
| | Arnold, Jason | | | | | | | | | $2,166.67 | 0.43% |
| 108 | AT Conference | | | PO Box 2939 | | Southampton | NY | 11969 | | $170.73 | 0.43% |
| 18 | AT&T Corp | | James Grudus Esq AT&T Attorney | One AT&T Way Rm 3A218 | | Bedminster | NJ | 07921 | | $583.74 | 0.43% |
| | AT&T Mobility | | | PO Box 6463 | | Carol Stream | IL | 60197-6463 | | $1,639.01 | 0.43% |
| 7 | Atlas Van Lines Inc | | | 1212 St George Rd | PO Box 509 | Evansville | IN | 47703-0509 | | $11,898.89 | 0.43% |
| | Beam, Jeffrey | | | | | | | | | $2,125.00 | 0.43% |
| 78 | Belsaas, Robin | | | 21 Eternity Ct | | Germantown | MD | 20874 | | $31,050.00 | 0.43% |
| | Bentley, Donna | | | | | | | | | $1,875.00 | 0.43% |
| | Blyth, Lord James | | | Leminton Grange Lower Lemington | Nr Moreton in Marsh | Gloucestershire | | GL56 9NN | UK | $6,833.33 | 0.43% |
| 89 | Bowne of New York LLC dba Bowne & Co Inc | | Bowne & Co Inc | 55 Water St | | New York | NY | 10041 | | $16,016.80 | 0.43% |
| | Burton, Kelley | | | | | | | | | $2,916.67 | 0.43% |
| 1 | Business Wire Inc | | | 44 Montgomery St 39th Fl | | San Francisco | CA | 94104 | | $1,629.00 | 0.43% |
| | Capital Wholesale Drug | | | 873 Williams Ave | | Columbus | OH | 43212 | | $3,131.28 | 0.43% |
| 102 | Carella Byrne Cecchi Olstein et al | | c o Jeffrey A Cooper Esq | 5 Becker Farm Rd | | Roseland | NJ | 07068 | | $90,331.92 | 0.43% |
| 129 | Carroll Independent School District | | Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott LLP | PO Box 13430 | Arlington | TX | 76094-0430 | | $3,712.17 | 0.43% |
| | Cavanaugh, James H | | c o HealthCare Ventures LLC Attn Gayle Ferri | 44 Nassau St | | Princeton | NJ | 08542 | | $3,000.00 | 0.43% |
| | Chemtreat Inc | | | 15045 Collections Cntr Dr | | Chicago | IL | 60693 | | $795.66 | 0.43% |
| 26 | Con Edison Solutions | | Doniyell L Curtis | c o Con Ed Solutions | 100 Summit Lake Dr Ste 410 | Valhalla | NY | 10595 | | $5,359.21 | 0.43% |
| | Cooke, Connetta | | | | | | | | | $2,708.34 | 0.43% |
| | Daniel, Mary Elizabeth | | | | | | | | | $2,270.83 | 0.43% |
| 33 | Dept of Social & Hlth Srvc | | Drug Rebate Program | PO Box 9501 | | Olympia | WA | 98507-9501 | | $296.83 | 0.43% |
| | DHL Express Inc | | | 16592 Collections Center Dr | | Chicago | IL | 60693 | | $20.00 | 0.43% |
| | Domenick, Jessica | | | | | Niantic | CT | 06357 | | $2,416.67 | 0.43% |
| | Douglas, R Gordon | | | 265 Old Black Point Road | | Westlake | TX | 76092 | | $5,500.00 | 0.43% |
| | Drogueria Betances Inc | | | Carr No 1 Km 340 | c o Box 368 | Caguas | PR | 00725 | | $112.48 | 0.43% |
| | Dugan, Richard W | | c o MiddleBrook Pharmaceuticals Inc | 7 Village Circle Ste 100 | | Westlake | TX | 76092 | | $6,750.00 | 0.43% |
| | Enterprise Fleet Management- Transferred to Claims Recovery Group LLC | Claims Recovery Group LLC | Robert M. Axenrod | 92 Union Ave | | Cresskill | NJ | 07626 | | $123,344.63 | 0.43% |
| | Federal Express TX | | | PO Box 660481 | | Dallas | TX | 75266-0481 | | $64.60 | 0.43% |
| | Fisher Clinical Services | | | 13741 Collections Center Dr | | Chicago | IL | 60693 | | $360.00 | 0.43% |
| | Flynn, John | | | | | | | | | $2,708.33 | 0.43% |
| | Gallagher, Pamela | | | | | | | | | $2,416.67 | 0.43% |
| | Gavranovic, Zeljko | | | | | | | | | $2,708.34 | 0.43% |
| 76 | Gleacher & Company Securities Inc | | | 1290 Ave of the Americas 4th Fl | | New York | NY | 10104 | | $100,000.00 | 0.43% |
| 104 | Griffith, William Jason | | | 28 Holmes Dr | | Greenville | SC | 29609 | | $2,625.00 | 0.43% |
| | Harless, Donald | | | | | | | | | $1,875.00 | 0.43% |
| | HealthCare Ventures LLC | | | 44 Nassau St | | Princeton | NJ | 08542-4511 | | $122.91 | 0.43% |
| 111 | Herman, Gary | | | 237 McAuliffe Crt | | Somerset | NJ | 08873 | | $5,864.42 | 0.43% |

Initial Allowed Class 3 Claims List

| # | Name | | Address | Address 2 | City | State | Zip | Amount | % |
|---|---|---|---|---|---|---|---|---|---|
| 111 | Herman, Gary | | 237 McAuliffe Crt | | Somerset | NJ | 08873 | $19,135.58 | 0.43% |
| | Higgins, Christine | | 45691 Wembley Central Terrace | | Sterling | VA | 20166 | $2,325.00 | 0.43% |
| | Holloway, Thomas | | | | | | | $2,500.00 | 0.43% |
| 86 | Hyman Phelphs & McNamara PC | | 700 13th Street N W Ste 1200 | | Washington | DC | 20005 | $710.00 | 0.43% |
| 106 | Iron Mountain Information Mangement Inc | Joseph Corrigan Esq | 745 Atlantic Ave 10th Fl | | Boston | MA | 02111 | $1,618.39 | 0.43% |
| | Johnson, Kirk | | | | | | | $1,958.33 | 15.00% |
| 16 | Kaplan, Douglas | | 13500 Red Yucca NE | | Albuquerque | NM | 87111 | $2,083.33 | 0.43% |
| | King Drug Company Of Florence | | 605 West Lucas St | PO Box 1845 | Florence | SC | 29501-2823 | $112.48 | 0.43% |
| | Kufhta, Jennifer Eisele | | | | | | | $1,875.00 | 0.43% |
| 34 | Lamping, Rebecca | | 9636 Ben Hur Ave | | Whittier | CA | 90604 | $1,875.00 | 0.43% |
| 117 | Land, Adriana | | 3825 Teal Cove Ln | | The Colony | TX | 75056 | $6,947.83 | 0.43% |
| 117 | Land, Adriana | | 3825 Teal Cove Ln | | The Colony | TX | 75056 | $14,302.17 | 0.43% |
| 45 | Lifework Strategies | | 14915 Broschart Rd Ste 250 | | Rockville | MD | 20850 | $1,566.45 | 0.43% |
| 122 | Long, Mackey Stewart Jr | | 5316 Crest Hollow Ct | | Nashville | TN | 37211 | $2,708.33 | 0.43% |
| | Marchionni, Gian | | | | | | | $8,750.00 | 0.43% |
| | Masucci, Kristie | | | | | | | $2,416.67 | 0.43% |
| | Mifsud, Carolyn | | | | | | | $2,708.34 | 0.43% |
| | Minelli, Michael | | | | | | | $2,291.67 | 0.43% |
| 134 | Montgomery County MD | | 816 Ellis Rd | | Durham | NC | 27702 | $6,541.53 | 0.43% |
| | NC Mutual Wholesale Drug Co | | PO Box 30193 | | Tampa | FL | 33630-3193 | $245.93 | 0.43% |
| | Neopost | | 3000 Dogwood Ln | | Sapulpa | OK | 74066 | $206.60 | 0.43% |
| 123 | Niehaus, Katherine | | | | | | | $2,187.50 | 0.43% |
| | Page, William | | | | | | | $2,500.00 | 0.43% |
| | PayFlex Systems USA Inc | | 10802 Farnam Dr Ste 100 | | Omaha | NE | 68154 | $1,160.00 | 0.43% |
| 27 | Plano, Christopher | | 115 Walchest Dr | | Toms River | NJ | 08753 | $2,083.33 | 0.43% |
| | Porzio Bromberg & Newman PC | | 100 Southgate Parkway | PO Box 1997 | Morristown | NJ | 07962-1997 | $600.00 | 0.43% |
| | Pricewaterhouse Coopers | | 2001 Ross Ave Ste 1800 | | Dallas | TX | 75201 | $10,000.00 | 0.43% |
| | Protano, Maria | | | | | | | $2,208.33 | 0.43% |
| 77 | Ramsey, Allison | | 839 N 21st St Apt 2F | | Philadelphia | PA | 19130 | $2,083.33 | 0.43% |
| 113 | Raphelt, Debra L | | 2205 Oak Forest Ct | | Arlington | TX | 76012 | $3,272.50 | 0.43% |
| 113 | Raphelt, Debra L | | 2205 Oak Forest Ct | | Arlington | TX | 76012 | $9,227.50 | 0.43% |
| | Rho Capital Partners Inc | | 152 W 57th St | | New York | NY | 10019 | $143.41 | 0.43% |
| | Rite Aid Mid Atlantic | | 601 Chelsea R | | Perryman | MD | 21130 | $9,751.93 | 0.43% |
| 20 | Riverside Claims LLC as Assignee for VCG & Associates Inc | Riverside Claims LLC | PO Box 626 | Planetarium Station | New York | NY | 10024 | $10,432.30 | 0.43% |
| | Robinson, Gray | | 301 E Pine St Ste 1400 | | Orlando | FL | 32802 | $1,228.50 | 0.43% |
| 116 | Schestopol, Marcus A | | 1832 Calvert St NW No 3 | | Washington | DC | 20009 | $3,721.78 | 0.43% |
| 116 | Schestopol, Marcus A | | 1832 Calvert St NW No 3 | | Washington | DC | 20009 | $28,622.00 | 0.43% |
| | Shred Iit USA dba Shred It Dallas | | 9755 Clifford Dr Ste 150 | | Dallas | TX | 75220 | $50.00 | 0.43% |
| | Smith Drug Company | | 950 Lively Blvd | | Wood Dale | IL | 60191 | $310.41 | 0.43% |
| 84 | Smith, Richard | | 2025 Woodmont Blvd Apt 222 | | Nashville | TN | 37215 | $2,291.67 | 0.43% |
| 10 | Sonar Credit Partners LLC | Lebhar Friedman Inc dba Drug Store News | 200 Business Park Dr Ste 201 | | Armonk | NY | 10504 | $10,300.00 | 0.43% |
| 73 | Southwest Bell Telephone Company | AT&T Attorney James Grudus Esq | AT&T Inc | One AT&T Way Rm 3A218 | Bedminster | NJ | 07921 | $2,882.68 | 0.43% |
| 28 | Spectrum Dolphin Capital | | PO Box 644006 | | Cincinnati | OH | 45264 | $328.60 | 0.43% |
| | Staples Business Advantage | | Dept DC | | Boston | MA | 02241-5256 | $14.43 | 0.43% |
| 95 | Swann, Jason | | 8971 Emery Lake St | | Las Vegas | NV | 89123 | $2,291.67 | 0.43% |
| | TechDepot | | PO Box 33074 | | Hartford | CT | 06150-3074 | $162.54 | 0.43% |
| | Thrifty Payless Inc | | 1755 E Beamer St | | Woodland | CA | 95776 | $380.09 | 0.43% |
| 136 | Tirpak, Cynthia | | 23447 Mirabella Cir S | | Boca Raton | FL | 33433 | $241,536.95 | 0.43% |
| 64 | Tomlinson, Amber | | 150 Parish Ln Apt 521 | | Roanoke | TX | 76262 | $11,250.00 | 0.43% |
| | Transport Solutions Inc | | PO Box 16743 | | San Jose | PR | 00908-6743 | $1,750.00 | 0.43% |
| | Triad Mechanical Srvc Inc | | 12232 Long Green Pike | PO Box 5025 | Glen Arm | MD | 21057 | $270.00 | 0.43% |
| 127 | Tricare Management Activity- DOD | Attn: CRM | 16401 E Centretech Parkway | | Aurora | CO | 80011-9066 | $10,761.25 | 0.43% |

Initial Allowed Class 3 Claims List

| # | Creditor | C/O | Address | Address 2 | City | State | Zip | Amount | % |
|---|---|---|---|---|---|---|---|---|---|
| 135 | Trophy Club Municipal Utility District No 1 | | Perdue Brandon Fielder Collins & Mott LLP | PO Box 13430 | Arlington | TX | 76094-0430 | $511.58 | 0.43% |
| 46 | Tucker, Molly | | 10507 Flint Ave | | Lubbock | TX | 79423 | $2,395.83 | 0.43% |
| | Tuoto, Lisa | | | | | | | $2,708.34 | 0.43% |
| | Tuscaloosa Distribution Center | | 3931 Rice Mine Rd NE | | Tuscaloosa | AL | 35406 | $438.93 | 0.43% |
| | United States Debt Recovery V LP | Schiefer, Jolene K | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | $3,600.00 | 0.43% |
| 4 | United States Debt Recovery V LP | Unified TelData Inc UTDi | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | $7,075.00 | 0.43% |
| | United States Debt- WorldWide Express | | 15204 Omega Dr Ste 145 | | Rockville | MD | 20850 | $982.03 | 0.43% |
| 17 | Vacarro, Vincenzo | | 602 Blain Bridge Hill Ct | | Rosenberg | TX | 77469 | $1,958.33 | 0.43% |
| | Value Drug Co Inc | | 1 Golf View Dr | | Altoona | PA | 16603 | $490.44 | 0.43% |
| 53 | Verizon | | PO Box 3037 | | Bloomington | IL | 61702 | $1,222.64 | 0.43% |
| | Verizon Business | | PO Box 371873 | | Pittsburgh | PA | 15250-7873 | $45.93 | 0.43% |
| 54 | Verizon Wireless | | PO Box 3397 | | Bloomington | IL | 61702 | $737.42 | 0.43% |
| | Villar Bennett, Virginia | | | | | | | $2,708.33 | 0.43% |
| | Vogelbaum, Martin A | c o RHO Capital Partners | 152 West 57 Street 23rd Fl | | New York | NY | 10019 | $5,500.00 | 0.43% |
| 118 | Washington Suburban Sanitary Commission | | 14501 Sweitzer Ln | | Laurel | MD | 20707-5902 | $530.05 | 0.43% |
| | WebEx Communications Inc | | PO Box 49216 | | San Jose | CA | 95161-9216 | $150.00 | 0.43% |
| | Werner, Harold R | c o Healthcare Ventures LLC | 44 Nassau St | | Princeton | NJ | 08542-4511 | $5,500.00 | 0.43% |
| 15 | West, Julie | | 7211 E Orchard Grass Blvd | | Crestwood | KY | 40014 | $2,708.33 | 0.43% |
| 119 | Woiling, Brenda | | 10223 Royal Paint Andrews Pl | | Ijamsville | MD | 21754 | $50,520.46 | 0.43% |